FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

2021 JUN -8  PM 12: 36

U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA,

No.    2:21-MJ-00473-VCF

Plaintiff,

Order for Issuance of Writ of
Habeas Corpus Ad Prosequendum for
**BOBBY MIKERSON**
**Aka BOBBY NICKERSON**
**Prisoner ID: 01996313**

v.

BOBBY MICKERSON,
aka Bobby Nickerson,

Defendant.

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of BOBBY MICKERSON before the United States District Court at Las Vegas, Nevada, on or about _July 20, 2021_, at the hour of _2:30 PM_, in Courtroom _TBD_, for initial appearance regarding a Criminal Complaint and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: _June 8, 2021_

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1    CHRISTOPHER CHIOU
     Acting United States Attorney
2    Nevada Bar No. 14853
     JOSHUA BRISTER
3    Assistant United States Attorney
     501 Las Vegas Boulevard South, Suite 1100
4    Las Vegas, Nevada 89101
     Tel: (702) 388-6336
5    Fax: (702) 388-5087
     Joshua.brister@usdoj.gov
6    *Attorneys for the United States*

FILED

2021 JUN -8  PM 12: 30

U.S. MAGISTRATE JUD??

7                    **UNITED STATES DISTRICT COURT**
                          **DISTRICT OF NEVADA**

8    UNITED STATES OF AMERICA,                    No.      2:21-MJ-00473-VCF

9                    Plaintiff,
                                                  **Petition for Writ of Habeas Corpus**
10              v.                                **Ad Prosequendum for**
                                                  **BOBBY MIKERSON**
11   BOBBY MICKERSON,                             **Aka BOBBY NICKERSON**
     aka Bobby Nickerson                          **Prisoner ID:  01996313**
12
13                   Defendant.

14

15         The United States of America respectfully requests that the Court issue a Writ of

16   Habeas Corpus Ad Prosequendum directing the Warden, Clark County Detention Center,

17   Las Vegas, Nevada, and the United States Marshal for the District of Nevada to produce

18   BOBBY MICKERSON before the United States District Court on or about

19   July 2  2021          , at the hour of 2:30 PM, in Courtroom TBD , for initial

20   appearance regarding a Criminal Complaint.

21         BOBBY MICKERSON is currently in the custody of the Warden, Clark County

22   Detention Center, Las Vegas, Nevada.

23

24

1    On June 8, 2021, a Magistrate Judge in this District issued a Criminal Complaint in

2  the above-captioned matter charging BOBBY MICKERSON with Possession of a

3  Controlled Substance with Intent to Distribute (Cocaine Base), 21 U.S.C. Section 841(a)(1)

4  & (b)(1)(B)(iii) and Felon in Possession of a Firearm, 18 U.S.C. Section 922(g)(1) and

5  924(a)(2).

6    Accordingly, the Government requests a Writ of Habeas Corpus Ad Prosequendum

7  so that the United States Marshals Service can produce BOBBY MICKERSON before this

8  Court for the purpose of initial appearance regarding a Criminal Complaint and from time

9  to time and day to day thereafter, at such times and places as may be ordered and directed

10  by this Court, to appear before this Court, and when excused by this Court, to be returned to

11  the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

12    Respectfully submitted this 8th day of June, 2021.

13

14    CHRISTOPHER CHIOU
      Acting United States Attorney

15

16    JOSHUA BRISTER
      Assistant United States Attorney

17

18

19

20

21

22

23

24

2