RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Bobby Mickerson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BOBBY MICKERSON,<br><br>　　　　　Defendant. | Case No. 2:21-CR-00172-JCM-NJK<br><br>**STIPULATION TO ADVANCE SENTENCING HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Joshua Brister, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Bobby Mickerson, that the Sentencing Hearing currently scheduled on July 15, 2022 at 10:30 am, be advanced to July 8, 2022 at 10:00 am.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Defense counsel will be out of the jurisdiction on the currently scheduled sentencing hearing.

　　　2.　　The defendant is in custody and agrees with the need to advance the hearing.

3. The parties agree to the continuance.

This is the first request to advance the sentencing hearing.

DATED this 18th day of April, 2022.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | */s/ Joshua Brister*<br>By_____<br>JOSHUA BRISTER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>BOBBY MICKERSON,<br>　　　　Defendant. | Case No. 2:21-CR-00172-JCM-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Friday, May 27, 2022 at 10:30 a.m., be advanced to Friday, **July 8, 2022** at the hour of **10:00 a.m.**

　　DATED April 21, 2022.

_____
UNITED STATES DISTRICT JUDGE

3